BERNARD R. LIEBERMAN, Appellant, *v.* LUCILLE E. CHANCE, Respondent, et al., Defendants.

Submitted November 17, 1952; decided November 25, 1952.

*Maurice W. Grey* for motion.

*Bernard R. Lieberman,* in person, and *Nathan L. Lieberman* for appellant.

Motion withdrawn.